FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSFR COLFIN AMERICAN INVESTORS TRS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILBERT C. SHAW, ET AL.,<br><br>Defendants. | Case No. CV 14-3125-UA (PJWx)<br><br>[PROPOSED] ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    Before the Court is an unlawful detainer action that has been improvidently removed from the Los Angeles County Superior Court. For the following reasons, the case is summarily remanded back to the Superior Court.

    On April 23, 2014, Defendant Wilbert Shaw, having been sued in the Superior Court of Los Angeles in what appears to be a routine unlawful detainer action, removed the action to this court. Simply stated, because Plaintiff could not have brought this action in federal court in the first place (because there is no subject matter jurisdiction), removal of the action is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005). The case does not meet the requirements of 28 U.S.C. § 1331 because it does not raise a federal question. *See* 28 U.S.C.

§§ 1331. The Ninth Circuit Court of Appeals has rejected Defendant's contention that the Protecting Tenants at Foreclosure Act ("PTFA"), 12 U.S.C. § 5220, provides for federal-question jurisdiction. *Logan v. U.S. Bank Nat. Ass'n*, 722 F.3d 1163, 1169-73 (9th Cir. 2013) (affirming dismissal for lack of jurisdiction because PTFA did not create federal private right of action). And it does not meet the requirements of diversity jurisdiction because, even assuming that Defendant could establish that there was complete diversity of citizenship between the parties, he could not show that the amount in controversy exceeds $75,000, as the Complaint makes clear that there is less than $10,000 in dispute. *See* 28 U.S.C. §§ 1332.

Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C. § 1447(c), this matter is REMANDED to the Superior Court of California, County of Los Angeles, 300 East Walnut Avenue, Pasadena, California 91101; (2) the clerk shall send a certified copy of this Order to the state court; and (3) the clerk serve copies of the Order on the parties.

IT IS SO ORDERED.

DATED: 4/30/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-IFP\Civil duty IFP denials\Shaw.wpd